UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EIHAB ELZUBIER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>SONY MUSIC HOLDINGS, INC.<br>f/k/a and as the Successor in Interest<br>to SONY MUSIC ENTERTAINMENT,<br>INC.; BOBBY BALLENTINE; and<br>SONY MUSIC HOLDINGS, INC.<br>d/b/a SONY DADC,<br><br>　　　Defendants. | CIVIL ACTION<br>No. 1:10-cv-03284-SCJ |

## O R D E R

This matter is before the Court on its own initiative. On October 15, 2012, the Court held a pretrial conference pertaining to this action. With regard to the parties' amended proposed pretrial order [Doc. No. 97], the Court concluded as follows:

1)　Plaintiff's motion to exclude interpreter testimony of Nahla Baird is no longer pending before the Court.

2)　Defendants' objection to Plaintiff's Voir Dire Question No. 21 [Doc. No. 97, ¶ 11] is **OVERRULED**.

3)      Defendants' objection to Plaintiff's reservation contained in the witness list to add further witnesses later [*Id.* at ¶ 18] is **MOOT**; Plaintiff agrees that no further witnesses shall be added to the list.

4)      Defendants' objection to the introduction of any of the medical records of Plaintiff contained on the Exhibit List (Nos. 1–11) not previously produced in this litigation and Defendants' objection to the introduction of Exhibits 17 and 18 [*Id.* at ¶ 19] are **MOOT**.  Plaintiff does not seek to introduce Exhibits 1–6, and 8–20, Defendants no longer object to Exhibit 7, and Plaintiff has withdrawn Exhibits 17 and 18.

5)      Defendants' objection to Juror Qualification Question 5 [*Id.* at Attachment A] is **SUSTAINED**, and Defendants' objection to Juror Qualification Question 6 [*Id.* at Attachment A]  is **MOOT** as Plaintiff has agreed to withdraw the question.

   **SO ORDERED**, this 15th day of October, 2012.

                              s/Steve C. Jones
                              STEVE C. JONES
                              United States District Judge